UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE GORDON

VERSUS                                            CIVIL ACTION

BURL CAIN, ET AL                                  NO. 07-14-A

## RULING

The court after carefully considering the motion, the record, the law applicable to this action, and the Report and Recommendation (doc. 13) of the United States Magistrate Judge Christine Noland, dated November 26, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Dismiss Petition for Writ of Habeas Corpus (doc. 9) filed by the State of Louisiana is DENIED, and the State, through the District Attorney for the 19th Judicial District, should be directed to file a response addressing the constitutional claim raised in petitioner's supplemental memorandum in support of his habeas petitioner together with a memorandum of legal authorities in support of said response. The District Attorney should also be directed to file a certified copy of the entire state court record relating to the proceedings at issue in Gordon's supplemental memorandum.

Baton Rouge, Louisiana, December 20, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA

CC: DA and Clerk for 19th JDC