UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE GORDON

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 07-14-A

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 27, 2008 (doc. 25). Plaintiff has filed an objection to the Report and Recommendation (doc. 27) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus filed by Willie Gordon shall be dismissed, with prejudice, as untimely and procedurally barred.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 17, 2008.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA